FILED
07 NOV 14 AM 11:19

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '07 MJ 2665

The person charged as __BRUGGENWIRTH, Daniel Lee__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Southern__ District of __Iowa__ on __09/19/07__ with: __Title 18 USC 3606__ in violation of:

**Revocation of Supervision**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __11/14/07__

__Michael Banez__
CI - Deputy United States Marshal

Reviewed and Approved

DATE: 11/14/07

_____
Assistant United States Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

FID# 5864

# UNITED STATES DISTRICT COURT

12032-030

SOUTHERN　　　　District of　　　　IOWA

6/22/60

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Daniel Lee Bruggenwirth,　　　　Case　3-98-cr-217

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Daniel Lee Bruggenwirth
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment　☐ Information　☐ Complaint　X Order of court Violation　☐ Probation Violation Petition

charging him or her
with　　　　(brief description of offense)

Revocation of Supervision
(See attached petition.)

in violation of
Title　_____　United States Code, Section(s)　_____

D. Vance　　　　　　　　　　　　　　　Deputy Clerk
Name of Issuing Officer　　　　　　　　　Title of Issuing Officer

/s/ Vance　　　　　　　　　　　　　　September 19, 2007, Des Moines, IA
Signature of Issuing Officer　　　　　　　Date and Location

Bail fixed at $　Detain　　　　　by  John A. Jarvey, U.S. District Court Judge
　　　　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

| RETURN | | |
|---|---|---|
| | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN             _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____

11/07/2007 16:51 FAX 5638847660   US MARSHAL DAVENPORT IA   ☒007
09/19/07  Case 3:07-mj-02665-NLS   Document 1   Filed 11/14/2007 DAVENPORT Page 4 of 7 ☒004

Document 57 (Court only)   Filed 09/19/2007   Page 1 of 3

Prob 12C-IA
(Rev. 3/03)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Sealed Petition for Warrant for Offender Under Supervision

| | | | |
|---|---|---|---|
| **Name of Offender:** | Daniel Lee Bruggenwirth | **Case Number:** | 98-217 |
| **Name of Sentencing Judicial Officer:** | James E. Gritzner | | |
| **Date of Original Sentence:** | April 23, 1999 | | |
| **Original Offense:** | T.18:922(g)(1) Felon in Possession of a Firearm<br>T.18:922(k) - Possession of a Firearm with an Obliterated Manufacturer's Serial Number | | |
| **Original Sentence:** | 80 months imprisonment; 24 months supervised release | | |
| **Special Conditions:** | 1) Drug Testing/Treatment<br>2) Mental Health Evaluation/Treatment | | |
| **Date Supervision Commenced:** | September 15, 2004 | | |
| **Modification(s):** | Residential Re-Entry Center (Added 01/01/05)<br>Remote Alcohol Testing (Added 07/27/06)<br>Residential Re-Entry Center (Added 07/27/06) | | |
| **Date Revoked:** | September 20, 2006 | | |
| **Date Supervision Recommenced:** | May 5, 2007 | | |
| **Special Conditions:** | 1) Residential Re-Entry Center<br>2) Remote Alcohol Testing<br>3) Electronic Monitoring-Curfew<br>4) Drug Testing/Treatment<br>5) No Taverns<br>6) Employment | | |
| **Assistant U. S. Attorney:** | Clifford R Cronk, III | **Defense Attorney:** | Federal Public Defender |

**PETITIONING THE COURT**

11/07/2007 16:51 FAX 5638847660　　US MARSHAL DAVENPORT, IA　　☒008
09/19/07　10:14 FAX 515-323-2800 NLS　　Document 1　　Filed 11/14/2007 DAVENPORT　Page 5 of 7　☒005

Case 3:98-cr-00217-JEG　　Document 57 (Court only)　　Filed 09/19/2007　　Page 2 of 3

Prob 12C-IA

Petition for Warrant or Summons
for Offender Under Supervision
Page 2

**X To issue a warrant**

## CASE SUMMARY

The offender's second term of supervised release started on May 5, 2007. Since that time, he has been at the Davenport Work Release Center. He was helping his sister at the LaQuinta Inn, however, he secured full-time employment at Greystone Manufacturing.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Non-Compliance |
|---|---|
| 1) The offender shall reside, participate and follow the rules of a residential re-entry center program as directed by the Probation Officer for up to six months. | a) On Friday, August 31, 2007, the offender checked out of the Davenport Residential Re-Entry (RRC) at 08:29 a.m. to work at the LaQuinta Inn and Greystone Manufacturing. He was scheduled to return at 12:30 a.m. on Saturday, September 1, 2007. At approximately 3:20 p.m. on Friday, August 31, 2007, the RRC received a phone call from Greystone Manufacturing inquiring as to the offender's whereabouts, as he had not reported to work. |
| 2) You shall work only at employment approved by the U.S. Probation Office. You shall consult the U.S. Probation Office prior to any change in employment. You shall not terminate employment without prior approval from the U.S. Probation Office. | |
| 3) You shall participate in a program of testing and treatment for substance abuse, as directed by the Probation Officer, until such time as you are released from the program by the Probation Office. You shall not use alcohol and/or other intoxicants during and after the course of treatment. | b) The RRC conducted an employment check at the LaQuinta Inn. The desk manager stated that the offender worked at the Hampton Inn. An employment check was conducted at the Hampton Inn. The head of operations of the hotel stated the offender was here for a short period in the morning, however, he had not been employed there for the past few months. An employment check was conducted at Greystone Manufacturing and the offender still had not reported to work. |
| | c) The offender called into the RRC on this same date at 7:45 p.m. He was informed that he needed to return to the RRC. He returned and a routine Alco-sensor test was administered and the offender had a reading of .013. |

Prob 12C-IA

Petition for Warrant or Summons
for Offender Under Supervision
Page 3

**Violation**

**Nature of Non-Compliance**

d) The offender admitted to drinking a 24 oz. can of Budweiser beer. He reported that he left the RRC that morning and went to the Hampton Inn for a few minutes and then left. He went to an apartment that he was going to rent and then went to North Park Mall. He also reported that he went to Clinton, Iowa, and purchased a vehicle for $400, which was the money he was going to use to rent an apartment. He was questioned about his employment at LaQuinta Inn, and stated that for the past month and a half he had been leaving the facility to go to the LaQuinta Inn, with no intentions of going there, because he wanted to take his own furloughs.

e) On September 3, 2007, the offender left the RRC at approximately 10:30 p.m. without permission and as of the date of this writing, has not returned to the facility.

**U.S. Probation Officer Recommendations:**

The term of supervision should be:

**Revoked**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 7, 2007

*Sara J. Dykstra*

Sara J. Dykstra
U. S. Probation Officer
Date: September 7, 2007

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Petition for Warrant or Summons for Offender Under Supervision
Dated September 18, 2007
Case 3:98-cr-00217-JEG   Document 58 (Court only)   Filed 09/18/2007   Page 1

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| vs. | * |
| | *   Cr. No.: 98-217 |
| | * |
| Daniel Lee Bruggenwirth, | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF THE COURT

[ ] No Action Required at this time.
[✓] The Issuance of a Warrant so a revocation hearing can be held on the petition, which shall be sealed until after execution of the Warrant.
[ ] The Issuance of a Summons so a hearing can be held on _____ at _____ regarding the petition for revocation.
[ ] Other.

John A. Jarvey
U. S. District Judge

DATE   9/18/07